**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In Re:

NATALIE SMITH,

Case No.: 3:13-CV-00476-RCJ

**MINUTE ORDER**

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that Natalie Smith's Request to Preserve Court Security Video Tapes as Evidence (#5) is DENIED.

IT IS SO ORDERED this 13th day of January, 2014.

ROBERT C. JONES
District Judge