# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>    NATALIE SMITH, | Case No.: 3:13-CV-00476-RCJ<br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

    IT IS HEREBY ORDERED that Natalie Smith's Request to Preserve Court Security Video Tapes as Evidence (#5) is DENIED.

    IT IS SO ORDERED this 13th day of January, 2014.

_____
ROBERT C. JONES
District Judge